## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**WILLIAM HALLMAN and DEANNA**
**WALKER, Each Individually and on**
**Behalf of All Others Similarly Situated**                    **PLAINTIFFS**

**v.**                          **No. 3:19-cv-368-DPM**

**PECO FOODS, INC.**                              **DEFENDANT**

### ORDER

The joint motion, *Doc. 177*, is granted with a slight modification. The proposed settlement is fair, reasonable, and adequate. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of the parties' wage-related dispute. The parties also have an agreement in principle about attorney's fees and costs: if the Court approves the settlement, then the parties will negotiate in good faith about the attorney's fees and costs; and if no compromise can be reached, that issue will be submitted to the Court for resolution by contested motion. Any such motion for costs and attorney's fees is due by 28 April 2023. The Court will dismiss the complaint with prejudice and retain jurisdiction for a time to enforce the settlement and resolve any dispute about attorney's fees and costs.

So Ordered.

_DPMarshall Jr._

D.P. Marshall Jr.
United States District Judge

30 March 2023