IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM HALLMAN and DEANNA
WALKER, Each Individually and on
Behalf of All Others Similarly Situated                      PLAINTIFFS

v.                     No. 3:19-cv-368-DPM

PECO FOODS, INC.                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice. The Court retains jurisdiction until 29 September 2023 to enforce the parties' settlement and resolve any disputed issue related to attorney's fees and costs.

_____
D.P. Marshall Jr.
United States District Judge

30 March 2023