# Matter Expense Report

| Date | Description | Unit Price | Quantity | Total Amount |
|---|---|---|---|---|
| 10/14/2022 | CallFire video communication | $0.06 | 367 | $22.02 |
| 4/11/2022 | Callfire Mass communication | $0.06 | 361 | $21.72 |
| 3/2/2022 | CallFire Mass communication | $0.06 | 1122 | $67.32 |
| 7/13/2021 | SS Hotel for Depositions in Jonesboro | | | $725.49 |
| 7/13/2021 | SR Hotel Room for Depositions | | | $468.86 |
| 6/16/2021 | SS Hotel Room for Depositions in Jonesboro | | | $573.01 |
| 6/16/2021 | SR Hotel Room for Depositions in Jonesboro | | | $355.43 |
| 10/15/2020 | SS Hotel Room for Depositions in Jonesboro | | | $459.79 |
| 10/15/2020 | SS Hotel Room for Depositions in Jonesboro | | | $309.54 |
| 9/23/2020 | Postage | | | $2.00 |
| 8/31/2020 | SS Hotel for Depositions in Jonesboro | | | $445.02 |
| 8/31/2020 | SS Hotel for Depositions in Jonesboro | | | $216.89 |
| 8/6/2020 | Postage | $1.56 | 24 | $37.44 |
| 8/4/2020 | Postage | $1.56 | 41 | $63.96 |
| 7/31/2020 | Postage | $1.25 | 4 | $5.00 |
| 7/30/2020 | Postage | $1.25 | 10 | $12.50 |
| 7/30/2020 | Postage | $1.20 | 1 | $1.20 |
| 7/28/2020 | Postage | $1.56 | 23 | $35.80 |
| 7/22/2020 | Postage | $1.56 | 8 | $12.48 |
| 7/22/2020 | Postage | $10.00 | 8 | $10.00 |
| 7/21/2020 | Postage | $1.56 | 13 | $20.28 |
| 7/17/2020 | Postage | $1.56 | 34 | $53.04 |
| 7/15/2020 | Postage | $1.56 | 40 | $62.40 |
| 7/14/2020 | Postage | $0.55 | 1 | $0.55 |
| 7/8/2020 | Postage | $1.20 | 52 | $81.12 |
| 7/2/2020 | Postage | $1.56 | 32 | $49.92 |
| 7/1/2020 | Postage | $1.56 | 64 | $99.84 |
| 6/26/2020 | Postage | $1.56 | 3 | $4.68 |
| 6/22/2020 | Postage | $1.56 | 33 | $51.48 |
| 6/17/2020 | Postage | $1.56 | 22 | $34.32 |
| 6/17/2020 | Postage | $1.56 | 8 | $12.48 |
| 6/16/2020 | Postage | $1.56 | 50 | $78.00 |
| 6/11/2020 | Postage | $1.56 | 29 | $45.24 |
| 6/10/2020 | Postage | $1.82 | 25 | $45.50 |
| 6/9/2020 | Postage | $1.82 | 42 | $76.44 |
| 6/8/2020 | Postage | $1.82 | 120 | $218.40 |
| 6/5/2020 | Postage | $1.82 | 53 | $96.46 |
| 6/5/2020 | Postage | $1.82 | 23 | $41.86 |
| 6/4/2020 | Postage | $1.82 | 37 | $67.34 |
| 6/4/2020 | Postage | | | $67.34 |
| 5/20/2020 | Postage | | | $162.00 |
| 5/8/2020 | Notice and Consent Copy Fee from Staples | | | $626.40 |
| 12/23/2019 | Service Fee to Jeff Barnett | | | $50.00 |
| 12/17/2019 | Copying | $0.20 | 80 | $16.00 |
| 12/17/2019 | Filing Fee | | | $400.00 |
| Total | | | | $6,306.56 |