IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

WILLIAM HALLMAN AND DEANNA WALKER,                               PLAINTIFFS
EACH INDIVIDUALLY AND ON BEHALF
OF ALL OTHERS SIMILARLY SITUATED

vs.                                              CASE NO. 3:19-CV-00368-DPM

PECO FOODS, INC.                                                  DEFENDANT

### DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION FOR COSTS AND ATTORNEY'S FEES

Defendant, Peco Foods, Inc. ("Peco" or "Defendant"), files this Response in Opposition to Plaintiffs' Motion for Costs and Attorney's Fees. (Dkt. No. 180). For the reasons fully discussed in the supporting memorandum of law Peco is filing simultaneously herewith, Peco respectfully requests that the Court deny Plaintiffs' motion, in part, and award fees of no more than $43,302.19 and costs of no more than $1,153.10. In support of its response, attached hereto as Exhibit 1 is Plaintiffs' May 3, 2021, Settlement Demand.

04299413

Dated:  May 5, 2023.

                                        Respectfully submitted,

                                        **PECO FOODS, INC.**

                                        STEPHEN J. CARMODY, AR #2013011
                                        SCOTT F. SINGLEY, MS #100134(Admitted Pro Hac)
                                        KAREN E. HOWELL, MS #102243(Admitted Pro Hac)
                                        Brunini, Grantham, Grower & Hewes, PLLC
                                        The Pinnacle Building, Ste. 100
                                        190 East Capitol Street (39201)
                                        Post Office Drawer 119
                                        Jackson, Mississippi  39205-0119
                                        Telephone:     601.948.3101
                                        Facsimile:     601.960.6902
                                        scarmody@brunini.com
                                        ssingley@brunini.com
                                        khowell@brunini.com


                                        Michael S. Moore (#82112)
                                        Friday, Eldredge & Clark, LLP
                                        400 West Capitol Avenue, Suite 2000
                                        Little Rock, AR  72201
                                        Telephone:     501.370.1526
                                        Facsimile:     501.244.5348
                                        mmoore@fridayfirm.com