| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Category | Entry # |
|---|---|---|---|---|---|---|---|
| 6/22/2021 | Sean Short | Deposition of Bailey Darby. | $200.00 | 0.70 | $140.00 | Deposition Related | 4227 |
| 6/22/2021 | Steve Rauls | Deposition of opt-in Bailey Darby | $285.00 | 0.70 | $199.50 | Deposition Related | 4231 |
| 7/20/2021 | Steve Rauls | Deposition of opt-in Counce | $285.00 | 0.40 | $114.00 | Deposition Related | 4820 |
| 7/20/2021 | Sean Short | Deposition of Melinda Counce. | $200.00 | 0.40 | $80.00 | Deposition Related | 4821 |
| 7/20/2021 | Sean Short | Deposition of Ellen Clardy. | $200.00 | 0.40 | $80.00 | Deposition Related | 4830 |
| 7/20/2021 | Steve Rauls | Deposition of opt-in Clardy | $285.00 | 0.40 | $114.00 | Deposition Related | 4832 |
| 7/21/2021 | Sean Short | Deposition of Chris Triplett. | $200.00 | 0.40 | $80.00 | Deposition Related | 4848 |
| 7/21/2021 | Steve Rauls | Deposition of opt-in Triplett | $285.00 | 0.40 | $114.00 | Deposition Related | 4849 |
| 7/22/2021 | Steve Rauls | Deposition of opt-in Anthony Taylor | $285.00 | 0.60 | $171.00 | Deposition Related | 4869 |
| 7/22/2021 | Sean Short | Deposition of Anthony Taylor. | $200.00 | 0.70 | $140.00 | Deposition Related | 4870 |
| 7/22/2021 | Sean Short | Deposition of Jonathan Wren. | $200.00 | 0.40 | $80.00 | Deposition Related | 4872 |
| 7/22/2021 | Steve Rauls | Deposition of opt-in Wren | $285.00 | 0.40 | $114.00 | Deposition Related | 4874 |
| 7/23/2021 | Sean Short | Deposition of 30(b)(6) witness. | $200.00 | 2.50 | $500.00 | Deposition Related | 4877 |
| 7/23/2021 | Steve Rauls | Deposition of Def.'s 30(b)(6) representative | $285.00 | 2.50 | $712.50 | Deposition Related | 4881 |
| | | **Total:** | | 10.90 | | | |
| | | **Duplicated Total:** | | 5.45 | | | |