| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Reduced Time | Reduced Value | Category | Entry # |
|---|---|---|---|---|---|---|---|---|---|
| 7/30/2021 | Law Clerk | Perform legal research | $75.00 | 2.50 | $187.50 | 2.50 | $187.50 | MPSJ Series | 4903 |
| 8/2/2021 | Steve Rauls | Preparation and drafting of brief in support of motion for partial summary judgment | $285.00 | 1.40 | $399.00 | 1.40 | $399.00 | MPSJ Series | 4904 |
| 8/2/2021 | Sean Short | Conference with SR regarding potential motion for summary judgment. | $200.00 | 0.20 | $40.00 | 0.20 | $40.00 | In House Communication | 4906 |
| 8/10/2021 | Steve Rauls | Preparation and drafting of brief in support of motion for partial summary judgment | $285.00 | 4.00 | $1,140.00 | 4.00 | $1,140.00 | MPSJ Series | 4919 |
| 8/20/2021 | Steve Rauls | Receipt and review of 30(b)(6) deposition transcript | $285.00 | 0.70 | $199.50 | 0.70 | $199.50 | MPSJ Series | 4933 |
| 8/20/2021 | Sean Short | Examination of draft motion for partial summary judgment. | $200.00 | 0.40 | $80.00 | 0.00 | $0.00 | MPSJ Series | 4934 |
| 8/20/2021 | Sean Short | Conference with SR regarding draft motion for partial summary judgment. | $200.00 | 0.30 | $60.00 | 0.30 | $60.00 | In House Communication | 4935 |
| 8/23/2021 | Law Clerk | Included a list of undisputed facts in the MPSJ. To wit: drafted Motion for partial summary judgment. | $75.00 | 1.40 | $105.00 | 1.40 | $105.00 | MPSJ Series | 4939 |
| 8/23/2021 | Sean Short | Conference with SR regarding motion for summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 4940 |
| 8/23/2021 | Steve Rauls | Work with law clerk on starting statement of facts for summary judgment motion | $285.00 | 0.30 | $85.50 | 0.30 | $85.50 | MPSJ Series | 4942 |
| 8/26/2021 | Sean Short | Examination of Plaintiffs' motion for partial summary judgment. | $200.00 | 0.10 | $20.00 | 0.00 | $0.00 | MPSJ Series | 4964 |
| 8/26/2021 | Sean Short | Examination of Plaintiffs' statement of undisputed material facts for Plaintiffs' motion for partial summary judgment. | $200.00 | 0.10 | $20.00 | 0.00 | $0.00 | MPSJ Series | 4965 |
| 8/26/2021 | Steve Rauls | Preparation and drafting of motion for partial summary judgment and statement of facts; send to JS and SS for review | $285.00 | 1.40 | $399.00 | 1.40 | $399.00 | MPSJ Series | 4968 |
| 8/26/2021 | Sean Short | Conference with SR regarding edits to brief in support of motion for partial summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 4969 |
| 8/26/2021 | Josh Sanford | Editing and revision of motion and SUMF-MPSJ | $383.00 | 0.40 | $153.20 | 0.00 | $0.00 | MPSJ Series | 4970 |
| 8/26/2021 | Josh Sanford | Editing and revision of BIS- MPSJ | $383.00 | 0.40 | $153.20 | 0.00 | $0.00 | MPSJ Series | 4971 |
| 8/27/2021 | Steve Rauls | Editing and revision of motion for partial summary judgment and supporting documents; file all | $285.00 | 1.10 | $313.50 | 1.10 | $313.50 | MPSJ Series | 4974 |
| 8/27/2021 | Sean Short | Conference with SR regarding filing of motion for partial summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 4975 |
| 10/4/2021 | Steve Rauls | Examination of Def.'s response to motion for partial summary judgment and cited cases; start drafting reply | $285.00 | 3.70 | $1,054.50 | 3.70 | $1,054.50 | MPSJ Series | 5158 |
| 10/4/2021 | Sean Short | Conference with SR regarding reply in support of Plaintiffs' motion for partial summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 5159 |
| 10/4/2021 | Sean Short | Conference with SR regarding response to Defendant's motion for partial summary judgment on willfulness. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 5160 |
| 10/5/2021 | Steve Rauls | Preparation and drafting of reply in support of motion for partial summary judgment | $285.00 | 3.00 | $855.00 | 3.00 | $855.00 | MPSJ Series | 5180 |
| 10/6/2021 | Sean Short | Conference with SR regarding reply in support of motion for summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 5189 |
| 10/6/2021 | Sean Short | Conference with SR regarding reply in support of Plaintiff's motion for summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 5191 |
| 10/7/2021 | Sean Short | Conference with SR regarding reply in support of motion for summary judgment. | $200.00 | 0.10 | $20.00 | 0.10 | $20.00 | In House Communication | 5195 |
| 10/7/2021 | Sean Short | Editing and revision of Plaintiffs' reply in support of motion for partial summary judgment. | $200.00 | 0.40 | $80.00 | 0.00 | $0.00 | MPSJ Series | 5196 |
| 10/7/2021 | Sean Short | Conference with SR regarding edits to Plaintiffs' reply in support of motion for summary judgment. | $200.00 | 0.20 | $40.00 | 0.20 | $40.00 | In House Communication | 5198 |
| | | | | 22.80 | $5,544.90 | 21.00 | $5,038.50 | | |
| | | **Reduction:** | | | | 1.80 | | | |