| Date Billed On | Billed By | Description: Redacted | Rate | Time Claimed | Value Claimed | Time Reduced | Value Reduced | Category | Entry # |
|---|---|---|---|---|---|---|---|---|---|
| 12/16/2019 | Josh Sanford | Editing and revision of summons and CCS | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Complaint/Summons/Service | 15 |
| 12/16/2019 | Josh Sanford | Editing and revision of complaint | $383.00 | 0.40 | $153.20 | 0.00 | $0.00 | Complaint/Summons/Service | 16 |
| 12/17/2019 | Josh Sanford | Examination of filed complaint; judge assignment | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Complaint/Summons/Service | 35 |
| 1/28/2020 | Josh Sanford | Editing and revision of P's declaration | $383.00 | 0.20 | $76.60 | 0.00 | $0.00 | Conditional Certification | 78 |
| 2/10/2020 | Josh Sanford | Editing and revision of 216 motion/BIS/exhibits | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Conditional Certification | 110 |
| 4/14/2020 | Josh Sanford | Editing and revision of 216 reply | $383.00 | 0.70 | $268.10 | 0.00 | $0.00 | Conditional Certification | 166 |
| 5/27/2020 | Josh Sanford | Editing and revision of proposed consent | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Conditional Certification | 315 |
| 7/1/2020 | Josh Sanford | Editing and revision of joint motion | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Case Management | 671 |
| 8/26/2020 | Josh Sanford | Editing and revision of motion to supplement notice | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Collective Management | 1292 |
| 9/16/2020 | Josh Sanford | Editing and revision of reply for supp notice | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | Collective Management | 1474 |
| 8/26/2021 | Josh Sanford | Editing and revision of motion and SUMF-MPSJ | $383.00 | 0.40 | $153.20 | 0.40 | $153.20 | MPSJ Series | 4970 |
| 8/26/2021 | Josh Sanford | Editing and revision of BIS- MPSJ | $383.00 | 0.40 | $153.20 | 0.40 | $153.20 | MPSJ Series | 4971 |
| 9/9/2021 | Josh Sanford | Editing and revision of proposed scheduling motion | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | MPSJ Series | 5036 |
| 9/16/2021 | Josh Sanford | Work on Client's file: MSJ briefing | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | MPSJ Series | 5078 |
| 9/22/2021 | Josh Sanford | Editing and revision of response to MSJ/response to SUMF | $383.00 | 0.30 | $114.90 | 0.00 | $0.00 | MPSJ Series | 5090 |
| 10/4/2021 | Josh Sanford | Editing and revision of SUMF response | $383.00 | 0.70 | $268.10 | 0.00 | $0.00 | MPSJ Series | 5164 |
| 10/4/2021 | Josh Sanford | Editing and revision of response to MPSJ- | $383.00 | 0.90 | $344.70 | 0.00 | $0.00 | MPSJ Series | 5167 |
| 10/7/2021 | Josh Sanford | Editing and revision of reply | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | MPSJ Series | 5202 |
| 10/12/2021 | Josh Sanford | Editing and revision of Meal Break SUMF response | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | MPSJ Series | 5220 |
| 10/12/2021 | Josh Sanford | Editing and revision of response to meal break MPSJ | $383.00 | 0.80 | $306.40 | 0.80 | $306.40 | MPSJ Series | 5223 |
| 10/14/2021 | Josh Sanford | Editing and revision of SUMF response | $383.00 | 0.30 | $114.90 | 0.00 | $0.00 | MPSJ Series | 5240 |
| 10/14/2021 | Josh Sanford | Editing and revision of response to MPSJ | $383.00 | 0.30 | $114.90 | 0.00 | $0.00 | MPSJ Series | 5241 |
| 10/22/2021 | Josh Sanford | Editing and revision of decert response | $383.00 | 0.90 | $344.70 | 0.00 | $0.00 | Decertification | 5281 |
| 10/26/2021 | Josh Sanford | Editing and revision of notice of supp authority | $383.00 | 0.10 | $38.30 | 0.00 | $0.00 | MPSJ Series | 5296 |
| | | | | 7.50 | $2,872.50 | 1.60 | $612.80 | | |
| | | **Reduction:** | | | | **5.90** | | | |