IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**WILLIAM HALLMAN and DEANNA**     **PLAINTIFFS**
**WALKER, Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                            No. 3:19-cv-368-DPM

**PECO FOODS, INC.**                                **DEFENDANT**

## SATISFACTION OF JUDGMENT

Notice is hereby given that the Judgment entered in the above-styled and numbered case, and bearing ECF No. 186, has been fully paid and satisfied, and the Clerk of this Court, by any deputy, is authorized to enter this Satisfaction of Judgment, by marginal endorsement, on behalf of Plaintiffs.

Respectfully submitted,

**WILLIAM HALLMAN, Individually and on Behalf of All Others Similarly Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Sean Short
Ark. Bar No. 2015079
sean@sanfordlawfirm.com

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com